IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

MARK ORAVETZ,                      Civ. No. 6:24-cv-00423-AA

         Plaintiff,                  **JUDGMENT**

   v.

WELL FARGO, OAK HARBOR
WA/SEQUIM WA,

         Defendant.

AIKEN, District Judge.

        This case is DISMISSED without prejudice.

        It is so ORDERED and DATED this ___24th___ day of April 2024.

                                       /s/Ann Aiken
                                       ANN AIKEN
                                       United States District Judge